UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DOWNEAST VENTURES, LTD., | ) |
| Plaintiff | ) |
| v. | ) CV-05-87-B-W |
| WASHINGTON COUNTY et al. | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 19, 2006 her Recommended Decision (Docket # 128).[1] The Plaintiff filed its objections to the Recommended Decision on June 29, 2006 (Docket # 129). Defendant Jasper Wyman & Son filed its response to those objections on July 17, 2006 (Docket # 130), and Defendant SN Commercial, LLC filed its response on July 20, 2006 (Docket # 131). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the pending motion to dismiss (Docket # 122) is DENIED.

---

[1] This Recommended Decision was filed in response to Plaintiff's Motion to Dismiss the Counterclaims of SN Commercial, LLC and Jasper Wyman & Son (Docket # 122). This Court previously affirmed a Recommended Decision by the Magistrate Judge (Docket # 77) on a series of motions to dismiss, to stay, and for summary judgment. *See Order affirming the Recommended Decision of the Magistrate Judge* (Docket # 92).

SO ORDERED.

                                           /s/ John A. Woodcock, Jr.
                                           JOHN A. WOODCOCK, JR.
                                           UNITED STATES DISTRICT JUDGE

Dated this 21st day of July, 2006