UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DOWNEAST VENTURES, LTD., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )  CV-05-87-B-W |
| | ) |
| WASHINGTON COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 13, 2007 her Recommended Decision (Docket # 279).  The Plaintiff filed its objections to the Recommended Decision on July 2, 2007 (Docket # 282).  The County Defendants filed their response to those objections on July 19, 2007 (Docket # 285). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is further **ORDERED** that the County Defendant's Motion for Summary Judgment (Docket # 220) against the remaining federal and state civil rights claims (Counts I and IX), and the associated claims for attorney fees and punitive damages (Counts X and XI), be and hereby is **GRANTED**.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 17th day of August, 2007